IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ARNOLDO CARRILLO and SANTA FE HORSE
RACING BY CARRILLO'S LLC, a domestic limited
liability company,

    Plaintiffs,

v.     No. 1:15-cv-01111-WPL-GBW

PENN NATIONAL GAMING, INC., CHRISTOPER
MCERLEAN, RICK BAUGH, FRED HUTTON, MY
WAY HOLDINGS, LLC, a Nevada Limited Liability
Company d/b/a SUNLAND PARK RACETRACK &
CASINO, SUNRAY GAMING OF NEW MEXICO,
LLC, RUIDOSO DOWNS RACING, INC., THE NEW
MEXICO RACING COMMISSION, THE BOARD
OF STEWARDS OF ZIA PARK, SUNLAND PARK,
SUNRAY GAMING and RUIDOSO DOWNS, and
DAVID KEITER, ED L'ECUER and KENNETH
HARD, in their individual capacities,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE AND FINAL JUDGMENT

This matter comes before the Court on Defendant Ruidoso Downs Racing, Inc.'s Motion to Dismiss Claims and Memorandum Brief in Support of Motion to Dismiss (the "Motion") (Doc. 36). Based on its review of the relevant pleadings, this Court granted the Motion in an Order (Doc. 63) entered on March 23, 2016. All of the claims asserted by Plaintiffs against Ruidoso Downs in the above-captioned matter are dismissed with prejudice. Because the Order disposes of all claims against Ruidoso Downs, the Court finds that it should render final judgment in this matter pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

**IT IS ORDERED** that final judgment is entered in this case, and all claims asserted by Plaintiffs against Ruidoso Downs in the above-captioned matter are dismissed with prejudice.

                                                                                          _____
                                                                            UNITED STATES MAGISTRATE JUDGE
                                                                            WILLIAM P. LYNCH

Submitted by:

*/s/ Traci N. Olivas*
John K. Ziegler
Traci N. Olivas
Conklin, Woodcock & Ziegler, P.C.
320 Gold Avenue SW, Suite 800
Albuquerque, NM  87102
*Attorneys for Defendant Ruidoso Downs Racing, Inc.*


Approved:


*Electronic Approval 3/25/16*
Christa M. Okon
The Okon Law Firm
117 N. Guadalupe St.
El Patio Bldg., Suite B
Santa Fe, NM 87501
cmokonlaw@aol.com
*Attorneys for Plaintiffs*