IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ARNOLDO CARRILLO and SANTA FE
HORSE RACING BY CARRILLO'S, LLC,

      Plaintiffs,

v.                                                  CV 15-1111 WPL/CG

The NEW MEXICO RACING COMMISSION;
The BOARD OF STEWARDS OF SUNLAND
PARK; and DAVID KEITER, ED L'ECUYER
and KENNETH HART, in their individual capacities,

      Defendants.

## ORDER DENYING MOTION TO STAY

      The Defendants filed a motion to stay discovery pending resolution of their motion for summary judgment on qualified immunity. (Doc. 77.) I have entered an Order today denying the Defendants' motion for summary judgment. (Doc. 94.) Therefore, the motion to stay is moot and is hereby denied.

      IT IS SO ORDERED.

                                                                                 _____
                                                                                 William P. Lynch
                                                                                 United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any pro se
party as they are shown on the Court's docket.