IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ARNOLDO CARRILLO, et al.,

    Plaintiffs,

v.                                                                          No. 1:15-cv-01111-WPL-GBW

THE NEW MEXICO RACING COMMISSION, et al.,

    Defendants.

**STIPULATED ORDER GRANTING PLAINTIFFS' MOTION FOR JURY TRIAL**

This matter having come up on Plaintiffs' Motion for Jury Trial (filed 6/27/17) [Doc. 129], and Defendants' Response in Opposition to Plaintiffs' Motion for Jury Trial (filed 7/18/17) [Doc. 130], the Court being advised that Defendants have now decided to withdraw their opposition to the motion, and the Court having considered same, FINDS that the motion is well-taken and should be GRANTED.

It is HEREBY ORDERED that Plaintiffs' Motion for Jury Trial be, and is hereby GRANTED.

IT IS FURTHER ORDERED that this matter will be tried before a jury on all issues so triable.

                                                              _/s/ William P. Lynch_____
                                                              **HON. WILLIAM P. LYNCH**
                                                              **UNITED STATES MAGISTRATE JUDGE**

Prepared by:

*/s/ Philip B. Davis*
Philip B. Davis
Nicholas T. Davis
Christa M. Okon
*Attorneys for Plaintiffs*


Approved as to Form:

*Approved via email August 2, 2017*
Sean Olivas
Zachary Cormier
*Attorneys for Defendants*